JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. NOGUERA,<br><br>　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　Respondent. | CASE NO. CV94-6417-CAS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

**IT IS HEREBY ORDERED** that Petitioner William Noguera's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction and sentence of death in the matter of *People v. William Noguera*, Case No. C-53691, in the California Superior Court of Orange County, be **VACATED**.

**IT IS FURTHER ORDERED** that Respondent shall release Petitioner William Noguera from custody within 120 days hereof unless, within 120 days of the date of this judgment, the State of California grants Petitioner a new trial on all guilt, special circumstance, and penalty issues in accordance with applicable California law and the United States Constitution.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

IT IS SO ORDERED.

Dated: November 17, 2017

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge