UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. NOGUERA,<br><br>　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD,* Warden, California State Prison at San Quentin,<br><br>　　Respondent. | CASE NO. CV94-6417-CAS<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　On July 20, 2021, the Ninth Circuit Court of Appeals issued an order in this matter reversing the judgment of the district court granting the petition as to Petitioner William Noguera's conviction and affirming the judgment of the district court granting the petition as to Petitioner's death sentence. *Noguera v. Davis,* 5 F.4th 1020 (9th Cir. 2021). The mandate issued on October 20, 2021, giving notice that the judgment took effect on that date.

---

* Ron Broomfield is substituted for his predecessors as Warden of California State Prison at San Quentin pursuant to Federal Rule of Civil Procedure 25(d).

**IT IS HEREBY ORDERED** that Petitioner's Fourth Amended Petition for Writ of Habeas Corpus is GRANTED with respect to Petitioner's penalty phase claim of ineffective assistance of counsel. The State of California is ordered to vacate Petitioner's sentence of death and reduce Petitioner's sentence to life without parole unless the State initiates proceedings to retry the penalty phase of Petitioner's trial within 120 days of the date of this Order and Judgment, in the matter of *People v. William Noguera,* Case No. C-53691 of the California Superior Court of Orange County.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

Dated: November 5, 2021

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
United States District Judge

cc: Warden of San Quentin Prison

2